1  G. NOEL KIDD, State Bar #160584
   JOHN N. CARR, State Bar #161970
2  KIDD · CARR LLP
   3260 Blume Drive, Suite 130
3  Richmond, CA 94806
   Tel:  (510) 268-8600
4  Fax:  (510) 268-8682

5  Attorneys for Third Party Defendant VACUUM HANDLING NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| FACTORY TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEIL JONES FOODS COMPANY dba SAN BENITO FOODS, <br><br> Defendants. | Case No.: 3:21-cv-09885-WHO <br><br> **ORDER** <br><br> [Filed concurrently with Stipulation to Allow Extension of Time to Respond to Third Party Complaint] |
| THE NEIL JONES FOOD COMPANY, a Washington corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> FACTORY TECHNOLOGIES, INC., a California corporation; CENTRAL VALLEY ELECTRIC, INC., a California corporation, and ROES 1 through 20, <br><br> Counter-Defendants. | Complaint Filed:  December 21, 2021 <br> Counter-Claim Filed:  March 4, 2022 |

The Stipulation to allow an extension of time for VACUUM HANDLING NORTH AMERICA, LLC as Third-Party Defendant to respond to the Third-Party Complaint of Factory Technologies, Inc. having been made and executed, and good cause appearing therefor,

///

///

1

ORDER ON EXTESNSION OF TIME FOR VHNA TO RESPOND TO 3D PARTY COMPLAINT - CASE NO. 3:21-CV-09885-WHO

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

2      VACUUM HANDLING NORTH AMERICA, LLC as Third-Party Defendant,

3  shall have until July 13, 2022, to file and serve its response to the Third-Party Complaint

4  filed by FACTORY TECHNOLOGIES, INC.

7  Dated: July 5, 2022

                          HONORABLE WILLIAM H. ORRICK
                               United States District Judge